# United States Bankruptcy Court
For The
Western District of New York

Date: 9/7/2017        Case No: 16-21082-PRW

IN RE: EMILY MARIE PRICE       SSN #1: XXX-XX-8606
28 MALLING DRIVE
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AMERICAN TAX FUNDING, LLC / c/o PHILLIPS LYTLE, LLP<br>620 EIGHTH AVE., 23RD FLOOR / NEW YORK, NY 10018 | 10,303.00 | 18.0000% From 08/21/2017 | Secured |
| 002 | SIMON'S AGENCY / PO BOX 5026<br>SYRACUSE, NY 13220-5026 | 1,908.00 | | Unsecured |
| 003 | AVENUE 2012<br>UNK, | None | | Not Filed .00 |
| 004 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT<br>30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 871.39 | 12.0000% From 08/21/2017 | Secured |
| 005 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT<br>30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 006 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT<br>30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 2,550.03 | 12.0000% From 08/21/2017 | Secured |
| 007 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT<br>30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 515.00 | | Unsecured |
| 008 | CONVERGENT OUTSOURCING / PO BOX 9004<br>RENTON, WA 98057 | None | | Not Filed .00 |
| 009 | AMERICAN INFOSOURCE, LP / AGENT FOR DIRECTTV, LLC<br>P.O. BOX 5008 / CAROL STREAM, IL 60197-5008 | 282.87 | | Unsecured |
| 010 | EOS CCA / 700 LONGWATER DRIVE<br>NORWELL, MA 02061 | None | | Not Filed .00 |
| 011 | FRONTIER COMMUNICATIONS / BANKRUPTCY DEPARTMENT<br>19 JOHN STREET / MIDDLETOWN, NY 10940 | 842.02 | | Unsecured |
| 012 | HOLY CROSS SCHOOL<br>UNK, | None | | Not Filed .00 |
| 013 | JOSEPH C WILSON CENTER / 800 CARTER STREET<br>ROCHESTER, NY 14621 | None | | Not Filed .00 |
| 014 | MONROE COUNTY TREASURER / 39 W. MAIN ST.<br>ROOM B-2 / ROCHESTER, NY 14614 | 1,094.68 | 18.0000% From 08/21/2017 | Secured |
| 015 | OVERTON RUSSELL DOERR & DONOVAN LLP / P O BOX 437<br>CLIFTON PARK, NY 12065-0437 | None | | Not Filed .00 |
| 016 | PHILLIPS LYTLE HITCHCOCK ET AL / 28 EAST MAIN STREET<br>SUITE 1400 / ROCHESTER, NY 14614 | None | | Not Filed .00 |
| 017 | PINNACLE LLC/RESURGENT / PO BOX 10497 STE 110, MS<br>GREENVILLE, SC 29603 | None | | Not Filed .00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES, LLC / (PRA RECEIVABLES M<br>PO BOX 41067 / NORFOLK, VA 23541-1067 | None | | Not Filed .00 |
| 019 | PROPEL FINANCIAL SERVICES / 7990 IH-10 WEST, SUITE 200<br>SAN ANTONIO, TX 78230 | 6,659.75 | 18.0000% From 08/21/2017 | Secured |
| 020 | SIMONS AGENCY INC / 4963 WINTERSWEET DRIVE<br>LIVERPOOL, NY 13088 | None | | Not Filed .00 |
| 021 | TIME WARNER COMMUNICATIONS / 71 MOUNT HOPE AVE<br>ROCHESTER, NY 14620-0000 | None | | Not Filed .00 |
| 022 | US BANK AS CUSTODIAN FOR / TOWER DBW II TRUST<br>P.O. BOX 645040 / CINCINNATI, OH 45264 | 4,601.23 | 18.0000% From 08/21/2017 | Secured |
| 023 | RESURGENT CAPITAL SERVICES / P.O. BOX 10587<br>GREENVILLE, SC 29603-0587 | 2,746.57 | | Unsecured |

# United States Bankruptcy Court
For The
Western District of New York

Date: 9/7/2017      Case No: 16-21082-PRW
SSN #1: XXX-XX-8606

IN RE: EMILY MARIE PRICE
28 MALLING DRIVE
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 024 | VERIZON/RMCC / P.O. BOX 6360 SYRACUSE, NY 13217 | None | | Not Filed .00 |
| 025 | US BANK AS CUSTODIAN FOR / TOWER DBW II TRUST P.O. BOX 645040 / CINCINNATI, OH 45264 | 3,105.83 | | Secured |
| 026 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 176.90 | | Secured |
| 027 | AMERICAN TAX FUNDING, LLC / c/o PHILLIPS LYTLE, LLP 620 EIGHTH AVE., 23RD FLOOR / NEW YORK, NY 10018 | 12,008.66 | | Secured |
| 028 | MONROE COUNTY TREASURER / 39 W. MAIN ST. ROOM B-2 / ROCHESTER, NY 14614 | 16.42 | | Secured |
| 029 | PROPEL FINANCIAL SERVICES / 7990 IH-10 WEST, SUITE 200 SAN ANTONIO, TX 78230 | 1,986.47 | | Secured |
| | Total | 49,668.82 | | |

ZACHARY JAMES PIKE/LEGAL AID SOCIET
1 WEST MAIN STREET STE 800
ROCHESTER, NY 14614
     .00      Debtor's Attorney

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

## NOTICE

At Rochester, NY
PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK    /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 9/15/17 to the debtor and attorney for the debtor.

/s/