**GEORGE M. REIBER**
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623

February 4, 2021

U.S. Bankruptcy Court
100 State Street
Rochester, NY 14614

      **Re**:  Emily Marie Price
           Chapter 13 Case No.: 16-21082-PRW
           Motion to Dismiss filed January 11, 2021 (ECF No. 66)
           Returnable: February 4, 2021 at 10:00 a.m., and adjourned to February 11,
2021 at 10:00 a.m.

To All Parties Concerned:

      Please be advised that I hereby withdraw my Motion to Dismiss in the above case.
The Debtors' employer started sending the Trustee the increase wage order amount, and
the plan is still finishing on time.

      If you have any questions, do not hesitate to contact me.

           Very truly yours,

          /s/_____
            George M. Reiber,
            Chapter 13 Trustee

GMR/dms
xc:  Emily Marie Price
      Zachary Pike, Esq.
      U.S. Trustee's Office